UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BOBBY JAMES WILLIAMS, | ) | 1:05-CV-1045-OWW-SMS-P |
| Plaintiff, | ) | |
| | ) | ORDER DENYING MOTION FOR |
| | ) | APPOINTMENT OF MEDIATOR |
| v. | ) | (DOCUMENT #10) |
| | ) | |
| WARDEN GALAZA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff has requested the appointment of a mediator. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States District Court for the Southern District of Iowa</u>, 490 U.S. 296, 109 S.Ct. 1814 (1989).

On December 5, 2005, Plaintiff field a Motion for the Appointment of a Mediator. The Court construes this as a request for the assistance of counsel.

In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Without a reasonable method of securing and compensating counsel, this court will seek volunteer counsel only in the most serious and exceptional cases.

1

1    In the present case, the court does not find the required exceptional circumstances.  Even if it is assumed that plaintiff is not well versed in the law and that he has made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with similar cases almost daily.

    Finally, even assuming Plaintiff's intention was for the appointment of a true mediator, his request is denied.  Plaintiff not only fails to state why a mediator is necessary, but Defendants have not yet made an appearance and will not until the Court orders service of the Complaint after a determination that the case states a cognizable claim for relief on which the case can proceed.

    In accordance with the above, IT IS HEREBY ORDERED that plaintiff's request for the appointment of a mediator is denied.

IT IS SO ORDERED.

**Dated:   February 7, 2006**             **/s/ Sandra M. Snyder**
b6edp0                   UNITED STATES MAGISTRATE JUDGE