# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY J. WILLIAMS, | CV F  05-1045  OWW SMS P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL (Doc. 13.) |
| v. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE  AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |
| GALAZA, et. al., | |
| Defendants. | |

Bobby J. Williams ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On November 2, 2006, this Court dismissed the Complaint with leave to amend and granted Plaintiff thirty (30) days to submit an Amended Complaint.  In lieu of an Amended Complaint, Plaintiff, on November 22, 2006, filed a Motion to voluntarily have his case dismissed.

"[U]nder Rule 41(a)(1)(I), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (*quoting* Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)).  "[A] dismissal under

1

1  Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no
2  action had been brought, the defendant can't complain, and the district court lacks jurisdiction to
3  do anything about it." Id. at 1078.
4     In this case, no Defendant has filed an answer or other responsive pleading.  Accordingly,
5  the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the
6  docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).
7  IT IS SO ORDERED.
8  **Dated:   December 1, 2006**              /s/ Oliver W. Wanger
   emm0d6                          UNITED STATES DISTRICT JUDGE